W. C. EARLE, Appellant, v. HATTIE BRINK, *et al.*

HARRIS v. BRINK, 100 Iowa, 366, FOLLOWED.

*Appeal from Allamakee District Court.*—HON. E. E. COOLEY, Judge.

SATURDAY, DECEMBER 12, 1896.

PLAINTIFF, a creditor of John Harris, deceased, brings this action to set aside a conveyance of certain real estate made by deceased to the defendant, and to charge said real estate with said indebtedness. Plaintiff's petition was dismissed, and judgment for costs rendered against him, from which he appeals.—*Reversed.*

*Stillwell & Stewart* for appellant.

*M. B. Hendrick* for appellee.

GIVEN, J.—I. Except as to the question of the alleged indebtedness of John Harris to the plaintiff, and appellee's knowledge thereof, the issues and facts in this case are the same as in the case of *Harris v. This Appellee* (decided at the special session December 9, 1896) 100 Iowa, 366 (69 N. W. Rep. 684). We are in no doubt but that the estate of John Harris is indebted to the plaintiff upon the promissory note of one hundred dollars set out, as alleged, and that defendant knew of that indebtedness when she received the deed in question. For the reasons given in the case of *Harris v. This Appellee*, we conclude that the decree of the district court should be reversed. The case will be remanded for decree in conformity with this opinion.—REVERSED.